ACCEPTED
04-15-00153-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/27/2015 10:30:28 PM
KEITH HOTTLE
CLERK

NO. 04-15-00153-CV

| | | |
|---|---|---|
| TINA M. ALLEN SOUZA | § | COURT OF APPEALS |
| | § | |
| vs. | § | |
| | § | |
| HEATHER CLEMENT TESSMER | § | FOURTH DISTRICT OF TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/27/2015 10:30:28 PM
KEITH E. HOTTLE
Clerk

### APPELLANT'S FIRST MOTION
### FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, TINA M. ALLEN SOUZA, requests that this honorable court extend the time to file appellant's brief.

1. Appellant is Tina M. Allen Souza; appellee is Heather Clement Tessmer.

2. This motion is filed within the time frame provided for filing a motion to extend the time to file appellant's brief, as required by Rule 38.6(d) and Rule 10.5(b) of the Texas Rules of Appellate Procedure.

3. The Court may grant an extension of time under Texas Rule of Appellate Procedure 38.6(d).

4. The deadline to file appellant's brief is Monday, April 27, 2015.

5. Appellant requests an additional thirty day (30) days to file appellant's brief, extending the time until Wednesday, May 27, 2015.

6. In the alternative, should the Court may not desire to grant an extension of thirty (30) days, appellant requests an additional twenty (20)

1

days to file appellant's brief, extending the time until Monday, May 18, 2015.

6.	Appellant has not requested any prior extension of time.

7.	The requested extension is not for purposes of delay, but so that counsel may have adequate time to prepare a brief.  Counsel for Appellant works approximately sixty (60) hours a week in private employment.  In addition, the undersigned is in charge of several other cases which have deadlines during this same time period.  The undersigned requires an additional thirty (30) days, or in the alternative, twenty (20) days, to complete the brief.  In addition, the requested extension will not adversely affect the interests of any party other than the addition of 30, or 20, days to the time period preceding the submission of this case to this Court.

8.	Appellant, therefore, requests an extension of thirty (30) days, or in the alternative, twenty (20) days, to file appellant's brief.

10.	For the foregoing reasons, appellant asks the Court to grant an extension of time to file appellant's brief until Wednesday, May 27, 2015 [30 day extension], or in the alternative, Monday, May 18, 2015 [20 day extension].

Dated this 27th day of April, 2015.

Respectfully submitted,

RONALD S. GUTIERREZ, LAWYER
Las Colinas Station
P. O. Box 143243
Irving Texas 75014-3243
Office: (512) 222-3488
Facsimile: (512) 233-2786
Email: rsg.lawyer@gmail.com

By: /s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez
State Bar No. 08644410

ATTORNEY FOR APPELLANT

## Certificate of Conference

I hereby certify that I have attempted to confer with Heather Clement Tessssmer by letter faxed on April 24, 2015, by letter faxed on April 27, 2015, and via telephone communication on April 27, 2015, and said counsel was unavailable for response.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing instrument was delivered to plaintiff by serving her attorney of record, TESSMER LAW FIRM, P.L.L.C., 7800 IH-10 West, Suite 830, San Antonio, Texas 78230, via eServe through eFile (if available), email at info@tessmerlawfirm.com and/or via facsimile at (210) 368-9729 on April 27, 2015.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez